IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALTON LARRY CRAWFORD, )<br>)<br>Petitioner, )<br>v. )<br>)<br>BILLY MITCHEM, *et al.*, )<br>)<br>Respondents. ) | CASE NO.  2:09-cv-1102-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #19) to the Recommendation of the Magistrate Judge filed on February 18, 2013 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #18) filed on February 1, 2013 is adopted;

3.   The petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d); and

4.  The costs of this proceeding are taxed against the petitioner.

DONE this the 26th day of February, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE