IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALTON LARRY CRAWFORD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:09cv1102-TMH |
| | )                (WO) |
| BILLY MITCHEM, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**OPINION and ORDER**

On October 25, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 24). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as that the Recommendation be and is hereby ADOPTED, and the petitioner's motion for relief from judgment pursuant to FED.R.CIV.P. 60(b)(1)(6) (doc. # 23) be and is hereby DENIED.

Done this the 4th day of December 2013.

 /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE